

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **RAQUEL PIERCE,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:19-CV-502** |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and the Local Rules for the Eastern District of Texas, the Court referred this Social Security appeal to the United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition.  Judge Giblin submitted a report recommending that the decision of the Commissioner be affirmed and Plaintiff's complaint be dismissed.  (Doc. No. 16).  No objections have been filed.  Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 16) and **AFFIRMS** the Commissioner's denial of benefits.  The Court will issue a separate final judgment.

**SIGNED this 5th day of February, 2021.**

Michael J. Truncale
United States District Judge